UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 10 P 4: 37
U.S. DISTRICT COURT
HARTFORD, CT.

PABLO ORZUNA-ROJAS,
A 091-136-032,
    Petitioner,

v.

Civil Action No. 3:04CV391(CFD)

TOM RIDGE, as SECRETARY of
HOMELAND SECURITY of the
UNITED STATES
    Respondent.

### ORDER TO SHOW CAUSE

Pending is the petitioner's Petition for Writ of Habeas Corpus and Emergency Motion for Stay of Removal [**Document #1**]. It is **ORDERED** that the respondents file a response on or before **April 1, 2004**, as to why the relief prayed for in the petition should not be granted and addressing the merits of the petitioner's claims.

The petitioner is **ORDERED** to serve a copy of this order and the petition on the respondents no later than **March 19, 2004**.

The respondent is also ordered to advise the Court 21 days before the deportation of the petitioner.

The clerk is also directed to mail a copy of this order to the United States Attorney for the District of Connecticut.

There shall be no extensions of time for compliance, except for good cause shown which means events that are unforeseeable and beyond the control of any of the parties.

SO ORDERED this _10th_ day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE